IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD W. LEWIS,

      Appellant,

v.

                              Case No. 5D23-1274
                              LT Case No. 2017-CF-1291

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Richard W. Lewis, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Kristen L. Davenport, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

MAKAR, WALLIS and EDWARDS, JJ., concur.